STEVEN SOLOMON, Appellant, v URBAN DENTAL MANAGEMENT, INC., et al., Respondents.

Submitted November 17, 2008; decided January 20, 2009

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed Supreme Court's order denying appellant's postjudgment motion to set aside the verdict, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied. ·